IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB,<br><br>        Plaintiff,<br><br>vs.<br><br>ROSALYN COTTON, Chairperson, Nebraska Board of Parole; MARK T. LANGAN, Member, Nebraska Board of Parole; ROBERT TWISS, Member, Nebraska Board of Parole; LAYNE GISSLER, Member, Nebraska Board of Parole; and VIRGIL J. PATLAN, Member, Nebraska Board of Parole,<br><br>        Defendants. | 4:20CV3107<br><br>**MEMORANDUM<br>AND ORDER** |

      Plaintiff has filed a Motion to Extend Summary Judgment Deadline (Filing 48). Because the court has already extended such deadline until January 5, 2022, (Filing 47), Plaintiff's Motion will be denied as moot.

      IT IS ORDERED:

1.   Plaintiff's Motion to Extend Summary Judgment Deadline (Filing 48) is denied as moot;

2.   The Clerk of Court shall send a copy of this Memorandum and Order and the Amended Order Setting Schedule for Progression of Case (Filing 47) to Plaintiff.

      DATED this 13th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge