IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB,<br><br>   Plaintiff,<br><br>vs.<br><br>ROSALYN COTTON, Chairperson, Nebraska Board of Parole; MARK T. LANGAN, Member, Nebraska Board of Parole; ROBERT TWISS, Member, Nebraska Board of Parole; LAYNE GISSLER, Member, Nebraska Board of Parole; and VIRGIL J. PATLAN, Member, Nebraska Board of Parole;<br><br>   Defendants. | 4:20CV3107<br><br>**MEMORANDUM AND ORDER** |

  Plaintiff has filed a Motion to Alter or Amend (Filing 51) the court's previous order (Filing 46) denying Plaintiff's Motion to Compel Discovery (Filing 44). Plaintiff wants the court to alter its prior order "at least to permit the Plaintiff to refile his motion to compel after the Defendants' Counsel has ha[d] time to respond in some fashion." (Filing 51.) The court did precisely what Plaintiff asks when it denied Plaintiff's Motion to Compel Discovery "without prejudice to reassertion should Defendants fail to cooperate after Plaintiff follows the procedures outlined in Fed. R. Civ. P. 37(a)(1) and Nebraska Civil Rule 7.1(j)." (Filing 46.) Accordingly,

  IT IS ORDERED that Plaintiff's Motion to Alter or Amend (Filing 51) is denied.

DATED this 22nd day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge