IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB, | 4:20CV3107 |
| Plaintiff, | |
| vs. | **ORDER** |
| ROSALYN COTTON, et al., | |
| Defendants. | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 65) is granted, as follows: Plaintiff shall have until February 1, 2022, to respond to Defendants' motion for summary judgment (Filing 61).

Dated this 14th day of January 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge