IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB,<br><br>      Plaintiff,<br><br>vs.<br><br>ROSALYN COTTON, Chairperson, Nebraska Board of Parole; MARK T. LANGAN, Member, Nebraska Board of Parole; ROBERT TWISS, Member, Nebraska Board of Parole; LAYNE GISSLER, Member, Nebraska Board of Parole; and VIRGIL J. PATLAN, Member, Nebraska Board of Parole;<br><br>      Defendants. | 4:20CV3107<br><br>**MEMORANDUM<br>AND ORDER** |

      The Defendants have filed a Motion to Suspend Case Progression Deadlines (Filing 74). The court's Amended Order Setting Schedule for Progression of Case (Filing 47) sets several deadlines leading up to the final pretrial conference on April 19, 2022. However, Defendants' Motion for Summary Judgment (Filing 61) is pending before the court and could be dispositive of this case if granted. Accordingly, there is good cause to modify the court's Progression Order to allow for resolution of the pending Motion for Summary Judgment. Fed. R. Civ. P. 16(b)(4).

      IT IS ORDERED:

      1.    The Defendants' Motion to Suspend Case Progression Deadlines (Filing 74) is granted, and the deadlines set forth in the Amended Order Setting Schedule for Progression of Case (Filing 47) are hereby suspended until further order of the court.

2. The final pretrial conference, currently set for April 19, 2022, is canceled and continued until further notice.

3. The Clerk of Court shall transmit a copy of this order to Magistrate Judge Zwart's chambers.

DATED this 8th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge